UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00019-LRH-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STONEY PRIOR, | |
| Defendant. | |

Before the court is defendant Stoney Prior's Motion to Use the Elko Division Master Jury Wheel for Jury Selection (ECF No. 20). The government has not filed a response. The court has taken the matter into due consideration.

This appears to be an appropriate case for the application of the Elko Division Master Jury Wheel. However, due to the lack of an available and suitable Elko courtroom, and the security issues relative to the defendant's custody if the trial was held in Elko, the place of trial in this case is more appropriately in Reno.

IT IS THEREFORE ORDERED that Defendant's Motion (ECF No. 20) is GRANTED; the Jury Commissioner shall draw the jury from the Elko Division Master Jury Wheel and trial in this matter shall be heard in the Bruce R. Thompson U.S. Courthouse in Reno.

IT IS SO ORDERED.

DATED this 16th day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE