**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00019-LRH-CLB |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE REPLY TO RESPONSE** |
| v. | |
| STONEY PRIOR, | (First Request) |
| Defendant. | **AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, PENELOPE J. BRADY, Assistant United States Attorney, and RENE L. VALLADARES, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for STONEY PRIOR, to extend the time in which the Defendant's Reply to Response to the Defendant's Motion for Access to Jury Selection Records and Materials [ECF #64] from July 16, 2020, to July 21, 2020. This is the first request for an extension for time to file reply. Trial is currently set for September 15, 2020.

The additional time requested for the filing the responses is requested mindful of the current trial date of September 15, 2020, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 14th day of July, 2020.

|  |  |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: _/s/ CHRISTOPHER P. FREY_<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for STONEY PRIOR | By: _/s/ PENELOPE J. BRADY_<br>PENELOPE J. BRADY<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this _ 15th _ day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2