UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) | CASE NO. 3:18-cr-00019-LRH-CLB |
| vs. | ) ) ) | MINUTES OF PROCEEDINGS |
| STONEY PRIOR Defendant. | ) ) | DATE: 8/17/2020 |

PRESENT:    LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

Deputy Clerk:    Katie Lynn Ogden    Reporter:  Kathy French

Counsel for Plaintiff:    Penelope Brady (present) and Richard Casper (via video)

Counsel for Defendant:    Christopher Frey and Kate Berry (via video)

PROCEEDINGS:    Status Conference

Court convenes at 1:37 p.m.

The Court scheduled today's conference to address the status of the case and to further confirm the current date set for jury trial or, if necessary, discuss alternative dates to reschedule the jury trial (ECF No. 70).

The Court first addresses several pending motions and makes the following findings:

ECF No. 29 – Motion for Reasonable Notice of Fed. R. Evid. 404(b) Evidence is DENIED AS MOOT considering the parties have resolved the matter independent of the Court's intervention.

ECF No. 31 – Motion to Inspect and Produce Files of Federal Law Enforcement Agents and Officers is a continuing matter and is subject to notifying the Court in a timely fashion for its intervention if necessary.

ECF No. 32 – Motion for Early Disclosure of Jencks Material and Timely Production of Brady/Giglio Material is a continuing matter and is subject to notifying the Court in a timely fashion for its intervention if necessary.

ECF No. 33 – Motion for Case-Specific Jury Questionnaire is DEFERRED for ruling at this time.

<u>ECF No. 34</u> – Motion to Permit Supplemental Attorney Examination or Questioning of Prospective Jurors is DENIED.

<u>ECF No. 42</u> – Motion for Jury Pool to View Unconscious Bias Juror Video is DEFERRED for ruling at this time.

<u>ECF No. 64</u> – Motion for Access to Jury Selection Records and Materials is DEFERRED for ruling at this time.  However, in due course, a written order will be entered to address this motion.

<u>ECF Nos. 78 and 80</u> – Motion to Suppress Statements and Motion to Suppress are currently being briefed.  The Court notes that if a hearing is necessary to address either motion, counsel will be notified.

The Court and counsel next address Defendant's First Motion to Continue Trial Date (ECF No. 77).  The Court offers alternative dates to reschedule jury selection and jury trial.  After hearing from counsel, the Court and parties agree to reschedule the jury trial to begin on Thursday, 11/12/2020, in Reno, NV.  Jury selection will be held in Elko, NV at a venue to be determined on Thursday, 11/5/2020, at 9:00 a.m. and Friday, 11/6/2020, at 9:00 a.m.

IT IS THEREFORE ORDERED that Defendant's First Motion to Continue Trial Date (ECF No. 77) is GRANTED in part.  The calendar call scheduled for Monday, 8/24/2020 is vacated and continued to Thursday, 10/29/2020, at 1:30 p.m. in Reno Courtroom 3 before District Judge Hicks.  The jury trial currently scheduled for 9/15/2020 is vacated and continued to Thursday, 11/12/2020, at 8:30 a.m. in Reno Courtroom 3 before District Judge Hicks.

The Court finds that under the Speedy Trial Act, the continuance is excusable under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7) because the Court finds that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Prior in a speedy trial based on the findings addressed during today's conference.

Court adjourns at 2:17 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Katie Lynn Ogden, Deputy Clerk