UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>STONEY PRIOR,<br><br>                              Defendant. | Case No. 3:18-cr-00019-LRH-CLB<br><br>SEALED MINUTE ORDER<br><br>August 18, 2020 |

**PRESENT:** THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

**DEPUTY CLERK:** Katie Lynn Ogden    **REPORTER:** None Appearing

**COUNSEL FOR PLAINTIFF(S):** None Appearing

**COUNSEL FOR DEFENDANT(S):** None Appearing

**MINUTE ORDER IN CHAMBERS**:

Before the Court is "Government's Motion for Leave to File a Sealed Motion" (ECF No. 74) relative to the government's motion entitled "Government's Motion for an Order Authorizing a Deposition of Witness D.A. Pursuant to Rule 15 of the Federal Rules of Criminal Procedure" ("Rule 15 Motion"). ECF No. 75.

The government's Rule 15 Motion was addressed and granted during a status conference held in this matter on Monday, August 17, 2020.

Thereafter the status conference, the Court acknowledges it inadvertently failed to address the government's request to seal the Rule 15 Motion.  Because the government's motion contains private medical information of a witness, the Court finds that the Rule 15 Motion (ECF No. 75) and the Defendant's response (ECF No. 76) are to remain filed under seal.

IT IS THEREFORE ORDERED that the government's motion to seal (ECF No. 74) is GRANTED *nunc pro tunc*.

IT IS SO ORDERED.

DEBRA K. KEMPI, CLERK OF COURT

By:  _____/s/_____
Katie Lynn Ogden, Deputy Clerk