# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

STONEY PRIOR,

    Defendant.

Case No: 3:18-CR-00019-LRH-CLB

**ORDER**

IT IS ORDERED that the Court will release the medical records from the Washoe County Regional Medical Examiner's Office, that were subpoenaed to this Court for the above-captioned case, to a representative from the United States Attorney's Office, Reno, Nevada. That representative will make a copy of said records as soon as practicable and make them available to a representative from the Federal Public Defender's Office, Reno, Nevada immediately upon copying.

DATED this 20th day of August, 2020.

_____
HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE