# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STONEY PRIOR,<br><br>　　　　Defendant. | 3:18-CR-00019-LRH-CLB<br><br>**ORDER FOR DEPOSITION OF A WITNESS D.A. PURSUANT TO RULE 15 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** |

　　　　The United States submitted a motion pursuant to Rule 15 of the Federal Rules of Criminal Procedure requesting that the Court issue an Order that (i) authorizes an audio-visual digitally recorded deposition of D.A. at a time and date as soon as practicable and which is mutually agreeable to the parties, and (ii) a judicial officer be present during said deposition.

　　　　The Court addressed the Rule 15 motion at the status conference on August 17, 2020 and granted the motion. (ECF No. 92.)

　　　　IT IS THEREFORE ORDERED that an audio-visual digitally recorded Rule 15 deposition be taken of witness D.A. on September 16, 2020 at 10:00 a.m.;

　　　　IT IS FURTHER ORDERED that the defendant will be present for the Rule 15 deposition;

　　　　IT IS FURTHER ORDERED that the deposition will take place in the Federal Courthouse in Reno, Nevada; and

IT IS FURTHER ORDERED that this Court will preside over the Rule 15 deposition.

DATED this 28th day of August, 2020.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE