# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STONEY PRIOR,

        Defendant.

Case No. 3:18-CR-00019-LRH-CLB

**ORDER FOR ARREST OF MATERIAL WITNESS**

**UNDER SEAL**

This matter having come before the Court on the application of the UNITED STATES OF AMERICA for the issuance of an arrest warrant for DELORES ABEL, and the Court having found that she is a witness whose testimony is material to a pending indictment in the above-captioned, whose testimony is set for September 16, 2020, at 10:00am, and this action is necessary to guarantee her appearance as a witness due to the impracticability of securing her presence by subpoena. Therefore, IT IS HEREBY ORDERED that a warrant of arrest be issued for DELORES ABEL, and that she be brought before the Court for further proceedings in accordance with Title 18, United States Code, Sections 3142 and 3144.

DATED this 4th day of September, 2020.

_____
CARLA L. BALDWIN
United States Magistrate Judge