**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>STONEY PRIOR,<br><br>   Defendant. | Case No.: 3:18-cr-00019-LRH-CLB<br><br>**ORDER**<br><br>**(TO BE FILED UNDER SEAL)** |

The material witness, D.A., is ordered released from custody but is ordered to appear for her deposition at the Bruce R. Thompson Federal Courthouse located at 400 South Virginia Street, Reno, Nevada, on **Monday, September 21, 2020, at 3:00 p.m.** in Courtroom Number 3, before the Honorable Larry R. Hicks, Senior United States District Judge.

**IT IS SO ORDERED.**

DATED: September 18, 2020.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE