UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:18-cr-00019-LRH-CLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | MINUTES OF PROCEEDINGS |
| vs. | ) | |
| | ) | |
| STONEY PRIOR, | ) | DATE: October 1, 2020 |
| | ) | |
| Defendant. | ) | |

PRESENT:   LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

Deputy Clerk:   Katie Lynn Ogden        Reporter:  Margaret Griener

Counsel for Plaintiff:   Penelope Brady, AUSA

Counsel for Defendant:   Kate Berry, AFPD, Christopher Frey, AFPD, and Lauren Gorman, AFPD (by video via ZOOM)

PROCEEDINGS: **Status Conference**

11:08 a.m. Court convenes. Reno Courtroom 3.

The Defendant is not present.

The Court schedules today's conference to address concerns regarding the current date selected for jury selection and jury trial. The Court proposes dates to continue jury selection and jury trial. Counsel respond to the Court's proposal.

After hearing from counsel and acknowledging the government's objection, the Court continues the jury selection and jury trial dates and states its findings for the continuance.

IT IS ORDERED that the government's Motion Opposing a Trial Continuance (ECF No. 131) is DENIED.

IT IS FURTHER ORDERED that jury selection is continued to Thursday, 12/3/2020 at 9:00 a.m. and Friday, 12/4/2020, at 9:00 a.m. in Elko, NV at a venue to be announced.

IT IS FURTHER ORDERED that calendar call is continued to Tuesday, 11/24/2020, at 1:30 p.m. in Reno Courtroom 3 before District Judge Larry R. Hicks.

IT IS FURTHER ORDERED that jury trial is continue to Monday, 12/7/2020, at 8:30 a.m. in Reno Courtroom 3 before District Judge Larry R. Hicks.

The Court and counsel next discuss dates for a suppression hearing.

IT IS ORDERED that a hearing regarding Defendant's Motion to Suppress Statements (ECF No. 78) and Motion to Suppress Fruits of Illegal Arrest and Physical Evidence from Invalid Consent Search (ECF No. 80) is set for Friday, 10/16/2020, at 9:30 a.m.

The Court has conducted review of outstanding motions and enters the following orders:

IT IS ORDERED Defendant's Motion to Inspect and Produce Files of Federal Las Enforcement Agents and Officers (ECF No. 31) is DENIED as moot with leave to renew the motion.

IT IS FURTHER ORDERED Defendant's Motion for Early Disclosure of Jencks Material and Timely Production of Brady/Giglio Material (ECF No. 32) is DENIED as moot with leave to renew the motion.

The Court addresses Defendant's Motion for Case-Specific Jury Questionnaire (ECF No. 33). IT IS FURTHER ORDERED that the parties submit proposed case-specific questionnaires to the Court no later than Friday, 10/9/2020. Counsel shall submit the proposed questionnaires in WORD format to the courtroom deputy via email. Counsel shall identify any areas upon which the parties are unable to agree. A hearing will not be scheduled at this time.

IT IS ORDERED that Defendant's Motion for Jury Pool to View Unconscious Bias Juror Video (ECF No. 42) is DENIED.

The Court and counsel next discuss the government's Motion to Compel Disclosure of Materials Relied Upon by Expert Witness (ECF No. 102). A hearing to address the government's motion is scheduled for Friday, 10/9/2020, at 10:00 a.m. (an alternate date is provided: Tuesday, 10/6/2020, at 10:00 a.m.).

There being no additional matters to address at this time, Court adjourns at 11:40 a.m.

THEREAFTER today's hearing the Court is made aware of a scheduling conflict on behalf of the Defendant regarding the motion to compel hearing currently scheduled for Friday, 10/9/2020, at 10:00 a.m.

The Court has reviewed and considered the communication exchange via email between counsel and courtroom deputy Katie Lynn Ogden, the Government's Motion Communicating Its Position on a Continuance of Oral Argument on Government's Motion to Compel Disclosure of Material Relied Upon by Expert Witness and Continuance of Suppression Hearing (ECF No. 133) and the Defendant's response to the motion (ECF No. 134).

IT IS ORDERED that the Government's motion (ECF No. 133) is DENIED. Oral arguments set for Friday, 10/9/2020 to address government's motion to compel (ECF No. 102) is VACATED and RESCHEDULED to Tuesday, 10/13/2020, at 10:00 a.m. in Reno Courtroom 3 before District Judge Larry R. Hicks.

DEBRA K. KEMPI, CLERK OF COURT

By:       /s/
Katie Lynn Ogden, Deputy Clerk