**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STONEY PRIOR,<br><br>  Defendant. | 3:18-CR-00019-LRH-CLB<br><br>**ORDER** |

A witness in this case, D.A., was the subject of motions, applications, and proceedings in the above captioned case, many of which were under seal due to D.A.'s medical condition. Since D.A. is now deceased, the documents should be unsealed, and the Court orders that all sealed dockets and documents related to D.A. be unsealed.

DATED this 7th day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE