# United States District Court
# District of Nevada

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Stoney Prior,<br><br>        Defendant. | Case No. 3:18-cr-00019-LRH-CLB<br><br>**Order Permitting Copies of Non-Public Docket for Appellate Purposes** |

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for Stoney Prior and counsel for the United States of America.

**Dated**:  February 16 , 2022.

_____
LARRY R. HICKS
U.S. DISTRICT COURT JUDGE