# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>STONEY PRIOR,<br>　　　　　　　Defendant. | Case No. 3:18-cr-00019-HDM-CLB<br><br>ORDER |

　　The defendant has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 346). The government shall file a response to the motion on or before February 14, 2025. The defendant shall file any reply on or before March 17, 2025.

　　IT IS SO ORDERED.

　　DATED: This 31st day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE