JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
PETER WALKINGSHAW
Assistant United States Attorney
400 S. Virginia St., Suite 900
Reno, Nevada 89501
(702) 388-6336
Peter.Walkingshaw@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>STONEY PRIOR,<br>Defendant. | Case No.: 3:18-cr-00019-HDM-CLB<br>**NOTICE OF ATTORNEY APPEARANCE** |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Peter Walkingshaw, Assistant United States Attorney, has been assigned as counsel in the above captioned case.

DATED this 6th day of January 2025.

JASON M. FRIERSON
United States Attorney

*/s/ Peter H. Walkingshaw*
PETER H. WALKINGSHAW
Assistant United States Attorney

## CERTIFICATE OF SERVICE

It is hereby certified that pursuant to LCR 47-11 service of the foregoing **Government's Notice of Attorney Appearance** was made through the Court's electronic filing and notice system (CM/ECF) or, as appropriate, by sending a copy of the same by first class mail, addressed to the following address:

Stoney Prior
BOP Reg. # 54601-048
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

DATED this 6th day of January, 2025.

*s/Nicole Albright*
NICOLE ALBRIGHT
Paralegal