UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>STONEY PRIOR,<br><br>             Defendant. | Case No. 3:18-cr-00019-HDM-CLB<br><br>ORDER |

The defendant has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 346). The government has responded (ECF No. 350). No reply has been filed, and the time for doing so has expired. However, it appears to the court that although the defendant is now appearing pro se, his address for service through CM/ECF has not been updated. It is therefore unclear whether the defendant has received the government's response or the court's order directing a response and setting a deadline for the filing of a reply. Accordingly, the Clerk of Court is directed to update the defendant's address to the following:

```
Stoney Prior
BOP Reg. # 54601-048
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301
```

The Clerk shall SEND a copy of the court's order dated December 31, 2024, (ECF No. 348) and the government's response dated February 14, 2025 (ECF No. 350) to the defendant at the above

listed address. The court sua sponte EXTENDS the time for the defendant to file any reply to and including June 2, 2025.

IT IS SO ORDERED.

DATED: This 5th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE