AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

v.

STONEY PRIOR,

        Defendant-Petitioner.

JUDGMENT

Case Number: 3:18-cr-00019-HDM-CLB
(Related Civil Case 3:24-cv-00505-HDM)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Vacate, Set Aside, or Correct Sentence (ECF No 346 filed in Case No. 3:18-cr-00019) is **DENIED**.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly.



Date: June 11, 2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk